UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number** 1:16-cv-22833-DPG

ANDRES GOMEZ

     Plaintiff,

v.

GODFATHERS PIZZA, INC

     Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 29th day of December, 2016.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Courtney B. Wilson* |
| Scott R. Dinin, Esq. | Courtney B. Wilson, Esq. |
| SCOTT R. DININ, P.A. | LITTLER MENDELSON, P.C. |
| 4200 NW 7th Avenue | Wells Fargo Center |
| Miami, Florida 33127 | 333 SE 2nd Avenue, Suite 2700 |
| Tel: (786) 431-1333 | Miami, FL 33131 |
| Fax: (786) 513-7700 | Telephone: (305) 400-7500 |
| E-mail: inbox@dininlaw.com | Facsimile:  (305) 603-2552 |
| *Counsel for the Plaintiff* | E-mail: cwilson@littler.com |
| | Secondary:  kljackson@littler.com |
| | *Attorneys for Defendan* |